CSD 1177 [03/13/13]
Name, Address, Telephone No. & I.D. No.

L. Tegan Hurst, Bar No. 275830
Price Law Group, APC
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436
Telephone: (818)205-2426
Facsimile:  (818)995-9277

Order Entered on
October 22, 2015
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Fernando Eleo Hashimoto

BANKRUPTCY NO. 15-04842-CL13

Debtor.

## APPLICATION FOR COMPENSATION AND CONFIRMATION OF
## CHAPTER 13 PLAN; AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through ___2___ with exhibits, if any, for a total of ___2___ pages, is granted.

//

//

//

//

//

//

DATED:    October 21, 2015

_____
Judge, United States Bankruptcy Court

Submitted by:

 Price Law Group, APC
(Firm name)

By: /s/ L. Tegan Hurst
     Attorney for Debtor

CSD 1177

CSD 1177 [03/13/13](Page 2)
APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON
DEBTOR:                                                                                         CASE NO: 15-04842-CL13
        Fernando Eleo Hashimoto

**I.    APPLICATION FOR CONFIRMATION AND ALLOWANCE OF COMPENSATION:**

The undersigned attorney for the above-referenced Debtor(s):

   A.    Represents that the Section 341(a) meeting is concluded in this chapter 13 case and that the Debtor's Plan, as that

         term is defined in paragraph II(A) below, complies with Section 1322 and 1325(a) of the Bankruptcy Code.

   B.    Represents that a Rights and Responsibility Statement was signed by the Debtor(s) and filed in this chapter 13 case

         on _____7/23/15_____ and that the fees set forth in paragraph I(C) do not exceed the applicable presumptive

         guideline fees as established by General Order 173 of this Court.

   C.    Represents that the paid and unpaid attorneys' fees and costs in this case are as follows:

        1.   The agreed initial fee for attorney services:                              $ 3,600.00                    ;

        2.   Additional fees not part of initial fee:                                    $ 0.00                        ;

             (Specify referencing any relief from stay or adversary proceeding number as relevant):


        3.   Total fees received to date:                                               $ 1,000.00                    ;

        4.   Total unpaid balance of fees:                                              $ 2,600.00                    ;

   D.    Requests that this Court:

        1.   Confirm the Debtor's Plan; and

        2    Allow fees as set forth in paragraph I(C) above.

By submitting this Order, the chapter 13 Trustee and the attorney for the Debtor(s) represent to the Court that payments under

Debtor's Plan are substantially current.

**II.    ORDER CONFIRMING DEBTOR'S PLAN AND ALLOWING ATTORNEYS FEES**

Upon considering the foregoing application, IT IS HEREBY ORDERED THAT:

   A.    The Debtor's Plan dated_____7/23/15_____ (Docket Entry No. _2_) and, if applicable, as amended by pre-confirmation

         modification(s) (PCM Forms) dated_ not applicable _____ (Docket Entry No.___) ("Debtor's Plan") is confirmed.

   B.    Attorneys' fees and costs are allowed as set forth in paragraph I(C) above, and any unpaid fees shall be paid as

         provided for in the Debtor's Plan.

   C.    Nothing in this order or the Debtor's Plan shall be construed to have issue or claim preclusive effect on any debt

         nondischargeable under 11 U.S.C. 1328(a) unless a separate order of the court expressly so provides.

   D.    This Order confirming Debtor's Plan incorporates by reference the Order Granting Debtor's Motion to Value Real

         Property, Treat Claim as Unsecured and Avoid Junior Lien or Stipulation  (Docket Entry No. NA ) .

Approved as to form and content by Chapter 13 Trustee submission of this Order:

CSD 1177                                                                              /s/David L. Skelton

                                                    Signed by Judge Christopher B. Latham October 21, 2015